UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES BACON, | Case No. 24-cv-08077-WHO |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| JOHN MARTIN LAVASSE, et al., | |
| Defendants. | |

On January 21, 2025, I adopted the Report & Recommendation of Magistrate Judge Spero in this case, and dismissed plaintiff Michael Bacon's complaint with leave to amend. *See* Dkt. No. 11. Mr. Bacon's amended complaint was due on February 20, 2025. *Id.* No amended complaint has been filed. For the reasons identified in the Report & Recommendation, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 3, 2025



William H. Orrick
United States District Judge