UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JAMES BACON,

      Plaintiff,

    v.

JOHN MARTIN LAVASSE, et al.,

      Defendants.

Case No. 24-cv-08077-WHO

**JUDGMENT IN A CIVIL CASE**

    Judgment is hereby entered in accordance with the March 3, 2025, Order Dismissing the Case.

Dated: March 3, 2025

                           Mark B. Busby, Clerk

                  By:  Jean M. Davis, Deputy Clerk

United States District Court
Northern District of California